**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-1092 DWF/AJB**

| | |
|---|---|
| Katina Cannon,<br><br>Plaintiff,<br><br>vs.<br><br>AAA Collectors, Inc., d/b/a<br>Triple Check, Inc.,<br>a foreign corporation.<br><br>Defendant. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, Katina R. Cannon, and her attorneys, and Defendant and its attorney, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**ATTORNEY FOR PLAINTIFF**

By:________________________
Peter F. Barry
Attorney I.D. # 0266577
1560 Beam Avenue
Suite A
Maplewood, Minnesota 55109-1171
(651) 714-8800

Thomas J. Lyons, Jr., Esq.
Consumer Justice Center, P.A.
1560 Beam Avenue
Suite A
Maplewood, Minnesota 55109-1171
(651) 770-9707

Dated:________________________

**ATTORNEY FOR DEFENDANT**

By:________________________
Michael A. Klutho (#186302)
Christopher R. Morris (#230613)
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

Dated: 7/28/00

FILED JUL 31 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice.

Dated: July 31, 2000

DONOVAN W. FRANK
Judge of United States District Court