UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Katina Cannon,

Plaintiff,

vs.

AAA Collectors, Inc., d/b/a
Triple Check, Inc., a
foreign corporation,

Defendant.

**Civil Action No. CV 00-1092 DWF/AJB**

**STIPULATION** and order

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned attorneys, that as the above-entitled action was dismissed with prejudice by an Order signed by the Honorable Donovan Frank on July 31, 2000, that judgment be entered accordingly.

Dated: 8/22/2000

**THE BARRY LAW OFFICE, LTD.**

By ______________________
Peter Barry (License #0266577)
Attorneys for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109
(651) 714-8800

Dated: 8/28/00

**CONSUMER JUSTICE CENTER, P.A.**

By ______________________
Thomas J. Lyons (License #249646)
Attorneys for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 770-9707

FILED AUG 30 2000

JUDGM... AUG 30 2000
DEPUTY ...AL CLERK

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 8/21/00

By ______________________

Michael A. Klutho (License #186302)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER**

Pursuant to the foregoing Stipulation and my Order of July 31, 2000, let Judgment be entered immediately and without delay dismissing this matter with prejudice and on the merits without costs, disbursements or attorney's fees to any party.

Dated: 8/3/00

______________________
The Honorable Donovan Frank
Judge of United States District Court